# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | CASE NO. 8:19 CR245 |
|---|---|
| Plaintiff, | |
| vs. | WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |
| ISMAEL ZAMBRANO-TIRADO, SR A/K/A "SENIOR," ISMAEL ZAMBRANO, JR A/K/A "CHUY," SANTIAGO GARCIA-SANCHEZ A/K/A "CHAGUI," EDUARDO JIMENEZ, ALONSO CERVANTES-GARCIA A/K/A "EL CHAUFFEUR," SAMUEL GARCIA, and FERNANDEO GAMON, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant, Eduardo Jimenez hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the superseding indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the superseding indictment.

_____    08-26-19
Defendant                          Date

_____    08/27/2019
Attorney for Defendant             Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this 27 day of August, 2019

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT